# Exhibit F



Bryan Saddler <bsaddler@empowr.us>

## FW: NSD FOIA #22-099
3 messages

---

**jf@empowr.us** <jf@empowr.us>   Tue, Mar 8, 2022 at 1:47 PM
To: Bryan Saddler <bsaddler@empowr.us>

**From:** Mallory, Arnetta (NSD) <Arnetta.Mallory@usdoj.gov>
**Sent:** Tuesday, March 8, 2022 1:45 PM
**To:** jf@empowr.us
**Subject:** NSD FOIA #22-099

Jason Foster

601 King Street, Suite 200

Alexandria, VA 22314-3151

jf@empowr.us

Re: FOIA/PA #22-099

Dear Mr. Foster:

     This is to acknowledge your email dated January 28, 2022 for information pertaining to 1.   the Justice Department's receipt of, discussions related to, processing of, and response to

all Congressional correspondence regarding Al Jazeera or any of its affiliates and FARA, including the March 6, 2018, June 18, 2019, and July 1, 2021 congressional oversight letters cited above; and 2. communications regarding FARA and Al Jazeera (or its affiliates) between the Justice Department and DLA Piper (or any other agent or representative of Al Jazeera, its affiliates, or the Government of Qatar), including the June 4, 2018 and September 2020 Justice Department letters referenced above.  Our FOIA office received your Freedom of Information Act request on January 28, 2022.

In response to the COVID-19 public health emergency, the NSD FOIA staff is teleworking full time.  Our FOIA operations have been diminished while we are teleworking and our FOIA intake and FOIA processing will be slower than normal.

Our policy is to process FOIA requests on a first-in, first-out basis.  Consistent with this policy, every effort will be made to respond to your request as quickly as possible.  The actual processing time will depend upon the complexity of the request, whether it involves sensitive or voluminous records, and whether consultations with other agencies or agency components are appropriate.

You may contact our Government Information Specialist, Arnetta Mallory, for any further assistance and to discuss any aspect of your request at:

U.S. Department of Justice

Records and FOIA Unit

3 Constitution Square

[175 N Street N.E. 12th Floor](#)

[Washington, DC  20530](#)

(202) 233-2639


Sincerely,



Arnetta Mallory

Government Information Specialist

---

**jf@empowr.us** <jf@empowr.us>                                                                                        Mon, Apr 11, 2022 at 6:03 PM
To: Bryan Saddler <bsaddler@empowr.us>

This is ripe to sue I presume?

[Quoted text hidden]

---

**Bryan Saddler** <bsaddler@empowr.us>                                                                                 Mon, Apr 11, 2022 at 6:16 PM
To: Jason Foster <jf@empowr.us>

Affirmative.

As a result of the HB developments, I did not mention ripeness for judicial review in my email last week.  We have more than a 1/2 dozen.

[Quoted text hidden]