# Exhibit G



Bryan Saddler <bsaddler@empowr.us>

# Fwd: FOIA-2022-00692
1 message

**Info Account** <info@empowr.us>  Fri, Mar 25, 2022 at 9:27 AM
To: Bryan Saddler <bsaddler@empowr.us>

---------- Forwarded message ---------
From: **Delake, Nadege (OIP)** <Nadege.Delake@usdoj.gov>
Date: Mon, Mar 14, 2022 at 5:02 PM
Subject: FOIA-2022-00692
To: info@empowr.us <info@empowr.us>

Dear Jason Foster:

This pertains to your above-referenced Freedom of Information Act (FOIA) request dated and received in this Office on January 28, 2022, seeking records concerning communications pertaining to Al Jazeera and FARA.

Please be advised that we have initiated records searches in response to your request. However, we are inquiring as whether you would be amenable to narrow the date range of records search, which could help speed-up the processing of your request.

We will appreciate if you could provide a specific time frame for the search of records.

Sincerely,

Nadege Delake

Office of Information Policy

U.S. Department of Justice

202-514-3642 (Main Line)