**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>      Defendant. | No. 1:23-CV-0095 (LMB/JFA) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Peter B. Baumhart as counsel for Defendant U.S. Department of Justice in the above-captioned action.

Dated: February 23, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
PETER B. BAUMHART
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3738
Fax:　　　(703) 299-3983
Email: Peter.Baumhart@usdoj.gov

*Counsel for Defendant*