IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                Defendant. | No. 1:23-CV-0095 (LMB/JFA) |

## ORDER

This matter comes before the Court on Defendant's motion for extension of time to respond to Plaintiff's complaint. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is hereby

ORDERED that Defendant's deadline to respond to the complaint is extended until March 27, 2023.

Dated: February 23, 2023

/s/ _____
Leonie M. Brinkema
United States District Judge