IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, )<br>)<br>Plaintiff,                                  )<br>)<br>v.                                                          )<br>)<br>U.S. DEPARTMENT OF JUSTICE,     )<br>)<br>Defendant.                               ) | Case No. 1:23-cv-95 (LMB/JFA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Matthew J. Mezger as counsel for Defendant, United States Department of Justice.

Dated: April 24, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3741
Fax:  (703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for Defendant*