# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) | Case No. 1:23-cv-95 (LMB/JFA) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion to Vacate Initial Scheduling Order, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED;** and it is hereby

**ORDERED** that the Court's initial scheduling order (Dkt. 13) accordingly is **VACATED**.


Date: _____                         _____
                                            UNITED STATES DISTRICT JUDGE