IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT ) <br> WHISTLEBLOWERS & RESEARCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 1:23-cv-95 (LMB/JFA) |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Vacate Initial Scheduling Order, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is hereby

**ORDERED** that the Court's initial scheduling order (Dkt. 13) accordingly is **VACATED**.

Date: April 24, 2023

/s/ _____
Leonie M. Brinkema
United States District Judge