IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 1:23-cv-95 (LMB/JFA) |

## ORDER

This matter comes before the Court on Defendant's Consent Motion to Stay the Proceedings. Upon consideration thereof and for good cause shown, it is hereby:

ORDERED that Defendant's Consent Motion to Stay the Proceedings is GRANTED; it is further

ORDERED that this civil action is STAYED until further Order of this Court; and it is further

ORDERED that the parties shall file joint status reports with this Court every thirty (30) days from the date of this Order.

Dated: May 25, 2023

/s/ _____
Leonie M. Brinkema
United States District Judge