IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT <br>     WHISTLEBLOWERS & RESEARCH, <br><br>             Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br>     JUSTICE, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> )    1:23-cv-95 (LMB/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The parties have filed a Joint Status Report, in which plaintiff requests that the Court issue a processing order requiring the Office of Information Policy ("OIP") to produce documents responsive to its Freedom of Information Act request within a specified time period. The defendant opposes plaintiff's request, arguing that OIP must consult with several Executive Branch agencies before producing the documents to plaintiff. Given the complexity of the production process, the defendant has established good cause for OIP needing additional time to produce responsive documents. Accordingly, it is hereby

ORDERED that plaintiff's request for a processing order be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 9th day of August, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge