# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No. 1:23-cv-95 (LMB/JFA) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice.

Dated: May 24, 2024

/s/
BRIAN J. FIELD (admitted *pro hac vice*)
Schaerr | Jaffe LLP
1717 K Street, NW
Suite 900
Washington, DC 20006
Tel:   (202) 787-1060
Fax:  (202) 776-0136
Email: bfield@schaerr-jaffe.com

JEFFREY S. BEELAERT
Stein Mitchell Beato & Missner LLP
901 15th Street, NW
Suite 700
Washington, DC 20005
Tel:   (202) 661-0923
Fax:  (202) 296-8312
Email: jbeelaert@steinmitchell.com

*Counsel for Plaintiff*

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:  (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Counsel for Defendant*